**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Todd A. Johnson,                                             Civil No. 12-1153 (DWF/JJG)

        Plaintiff,

v.                                                          **ORDER ADOPTING REPORT**
                                                           **AND RECOMMENDATION**

Carolyn W. Colvin, Acting
Commissioner of Social Security,

        Defendant.


The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Jeanne J. Graham dated March 21, 2014.  (Doc.

No. 33.)  No objections have been filed to that Report and Recommendation in the time

period permitted.  The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the

files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

    1.    Magistrate Judge Jeanne J. Graham's Report and Recommendation (Doc.

No. [33]) is **ADOPTED**.

    2.    Plaintiff's Application for Attorney Fees (Doc. No. [27])) is **GRANTED**.

    3.    Plaintiff is awarded $8,534 in attorney's fees.

4.    The Government is granted sixty days to determine if the fee award is subject

to an offset.


Dated:  March 31, 2014            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge